**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Dolgen Midwest, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAREA JOHNSON,<br><br>   Plaintiff,<br><br>   vs.<br><br>DOLGEN MIDWEST, LLC dba DOLLAR GENERAL; JOHN DOES I-V inclusive, and BLACK AND WHITE COMPANIES,<br><br>   Defendants. | Case No.: 3:20-cv-245-MMD-CLB<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss 3:20-cv-245-MMD-CLB with prejudice, each to bear their own fees and costs.  No trial date was set.

/ / /

/ / /

/ / /

/ / /

/ / /

91673733v.1

*Johnson v. Dolgen Midwest, LLC*
*3:20-cv-245-MMD-CLB*
*Stipulation and Order to Dismiss without Prejudice*

| | |
|---|---|
| **WILSON ELSER**<br>*/s/Michael Lowry*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada  89119<br>Attorneys for Dolgen Midwest, LLC | FRIEDMAN & THROOP, PLLC<br><br>*/s/Julie McGrath Throop*<br>Julie McGrath Throop, Esq.<br>Nevada Bar No. 11298<br>300 South Arlington Ave<br>Reno, NV 89501<br>Attorneys for Plaintiff |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   October 7, 2021

-2-

91673733v.1